

# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us     My Account     

---

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◄◄ BACK

**Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix.**

---

**MSP RECOVERY CLAIMS, SERIES, LLC VS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2022-017956-CC-25 | **Filing Date:** | 07/08/2022 |
| **State Case Number:** | 132022CC017956000025 | **Judicial Section:** | CG02 |
| **Consolidated Case No.:** | N/A | **Case Type:** | Personal Injury Protection ($8,001 - $15,000) |
| **Case Status:** | OPEN | | |

---

### 👥 Parties                                      Total Of Parties: 2  ➕

### ⚒ Hearing Details                               Total Of Hearings: 0  ➕

### 🔊 Dockets                                      Total Of Dockets: 17  ➖

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 15 | 07/28/2022 | | Notice of Appearance | Event | |
| 📄 | 14 | 07/28/2022 | | Notice of Appearance | Event | |
| 📄 | 13 | 07/27/2022 | | Notice of Appearance | Event | |
| 📄 | 12 | 07/27/2022 | | Notice of Compliance | Event | **WITH RULE 2.516(B)(1) AND DESIGNATION OF E-MAIL ADDRESS** |
| 📄 | 11 | 07/27/2022 | | Demand for Jury Trial | Event | |
| 📄 | 10 | 07/26/2022 | | Notice of Service of Process | Event | Parties: State Farm Mutual Automobile Insurance Company |
| | | 07/13/2022 | | 20 Day Summons Issued | Service | |
| 📄 | 9 | 07/13/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 4.** Parties: State Farm Mutual Automobile Insurance Company |
| | | 07/13/2022 | | 20 Day Summons Issued | Service | |
| 📄 | 8 | 07/13/2022 | | ESummons 20 Day | Event | **RE: INDEX # 3.** Parties: State Farm Mutual Automobile Insurance Company |

Parties: State Farm Mutual Automobile Insurance Company

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 7 | 07/13/2022 | | Receipt: | Event | RECEIPT#:3200073 AMT PAID:$10.00 NAME:RICO, NATALIE M., ESQ 444 SW 2ND AVE STE 945 MIAMI FL 33130 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 2139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:07/13/2022 REGISTER#:320 CASHIER:EFILINGUSER |
| 6 | 07/13/2022 | | Receipt: | Event | RECEIPT#:3200072 AMT PAID:$10.00 NAME:RICO, NATALIE M., ESQ 444 SW 2ND AVE STE 945 MIAMI FL 33130 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 2139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:07/13/2022 REGISTER#:320 CASHIER:EFILINGUSER |
| 5 | 07/13/2022 | | Receipt: | Event | RECEIPT#:3200001 AMT PAID:$300.00 NAME:RICO, NATALIE M., ESQ 444 SW 2ND AVE STE 945 MIAMI FL 33130 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 2100-COUNTY FILING FEE 1 $300.00 $300.00 TENDER TYPE:EFILINGS TENDER AMT:$300.00 RECEIPT DATE:07/13/2022 REGISTER#:320 CASHIER:EFILINGUSER |
| 4 | 07/12/2022 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 3 | 07/12/2022 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 2 | 07/08/2022 | | Complaint | Event | |
| 1 | 07/08/2022 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer



Contact Us

About Us



## HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2022 Clerk of the Courts. All rights reserved.





Filing # 152927037 E-Filed 07/08/2022 10:13:44 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.     CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>MSP Recovery Claims, Series, LLC</u>
Plaintiff                                            Case # _____
                                                     Judge  _____

vs.

<u>State Farm Mutual Automobile Insurance Company</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☒  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☐ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☒ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

 3

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ yes
  ☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ yes
  ☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
  ☐ yes
  ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Natalie Marie Rico    Fla. Bar # 65046
   Attorney or party       (Bar # if attorney)

Natalie Marie Rico      07/08/2022
 (type or print name)      Date

- 3 -

IN THE COUNTY COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MSP RECOVERY CLAIMS, SERIES LLC,

      Plaintiff,                           CASE NO.:

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## COMPLAINT

Plaintiff, MSP Recovery Claims, Series LLC ("Plaintiff" or "MSP Recovery") files this Complaint against State Farm Mutual Automobile Insurance Company ("Defendant").

## OVERVIEW

1.      This is an action under Title XVIII of the Social Security Act, 42 U.S.C. § 1395 et seq., to enforce the right of reimbursement of Medicare conditional payments pursuant to 42 U.S.C. § 1395y(b) and 42 U.S.C. § 1395w-22(a)(4). MSP Recovery seeks to recover certain conditional payments of Medicare benefits that its assignor, AvMed, Inc. ("AvMed"), made with respect to medical expenses for items and services incurred by C.O.[1], a Medicare beneficiary, for which Defendant was the primary payer under the Medicare Secondary Payer Act ("MSP Act").

## PARTIES

2.      MSP Recovery is a Delaware series limited liability company with a principal place of business in Coral Gables, Florida. MSP Recovery, through its operating agreement, has standing

---

[1] Upon the entry of a protective order, Plaintiff will file the full name of this beneficiary under seal to comply with the Health Insurance Portability and Accountability Act of 1996 and its related administrative regulations.

1

to file suit on behalf of its series LLCs, and through that operating agreement, MSP Recovery has the right to pursue the claims assigned by AvMed.

3.     MSP Recovery has established various designated series pursuant to Delaware law in order to maintain various claims recovery assignments separate from other Company assets, and in order to account for and associate certain assets with certain particular series. Pursuant to MSP Recovery's limited liability agreement, all designated series form a part of MSP Recovery. MSP Recovery may receive assignments in the name of MSP Recovery and further associate such assignments with a particular series or may have claims assigned directly to a particular series. In either event, MSP Recovery will maintain the right to sue on behalf of each series and pursue any and all rights, benefits, and causes of action arising from assignments to a series. Any claim or suit may be brought by MSP Recovery in its own name, or it may elect to bring suit in the name of its designated series.

4.     MSP Recovery's limited liability agreement provides that any rights and benefits arising from assignments to its series shall belong to MSP Recovery.

5.     AvMed, contracted with the Centers for Medicare and Medicaid Services ("CMS") to administer Medicare benefits for Medicare beneficiaries who elect to enroll in the Medicare Advantage (Part C) and Medicare Prescription Drug (Part D) programs. As such, AvMed is a Medicare Advantage ("MA") organization ("MAO") with a CMS contract number of H1016.

6.     Series 17-03-615 is a designated series of MSP Recovery and holds the rights, pursuant to a valid assignment agreement, to pursue the claims assigned by AvMed.

7.     Defendant State Farm Mutual Automobile Insurance Company is an Illinois company with its principal place of business at 1 State Farm Plaza Bloomington, IL 61710.

## VENUE & JURISDICTION

8.      This is an action for damages that do not exceed $30,000.00, exclusive of interest, attorneys' fees, and costs. This action is within the subject matter jurisdiction of this court.

9.      Venue is appropriate within Miami-Dade County pursuant to Florida Statute § 47.051 because the Defendant does business in the state of Florida, specifically Miami-Dade County, and has agents or other representatives in Miami-Dade County.

## FACTUAL ALLEGATIONS

10.     AvMed contracts with CMS to provide and administer Medicare benefits for Medicare enrollees under Medicare Part C, the Medicare Advantage program.

11.     C.O. is a Medicare beneficiary, who—at the time of the events giving rise to this action—resided in Pompano Beach, Florida.

12.     C.O. elected to obtain Medicare benefits through participation in a Medicare Advantage plan administered by AvMed and was enrolled on May 6, 2018, through all times relevant to this Complaint.

13.     C.O. was involved in an automobile accident on May 6, 2018. While traveling southbound on Interstate 95 in a 2014 Cadillac sedan, C.O. lost control of the vehicle, collided with the guardrail along the right side of the highway, and rotated across the southbound lanes before coming to a stop facing north in the left shoulder of the highway. Pursuant to the crash report, C.O. was injured in a non-incapacitating manner in the accident and was transported by EMS to Holy Cross Hospital in Fort Lauderdale, Florida to receive further medical attention. *See* Exhibit A attached hereto.

14.     As a direct and proximate result of the accident, C.O. sustained injuries, attached hereto as Exhibit B, which included:

3

      a.   S19.9XXA: Unspecified injury of neck, initial encounter; and
      b.   S70.12XA: Contusion of left thigh, initial encounter.

15.     C.O. obtained treatment for the accident-related injuries on the day of the accident, May 6, 2018, from City of Oakland Park Fire Rescue and Holy Cross Hospital, Inc. Those treatments and services, attached hereto as Exhibit B, included:

      a.   CPT Code A0429: Emergency department visit;
      b.   CPT Code A0425: Ground mileage;
      c.   CPT Code 36415: Routine venipuncture;
      d.   CPT Code 80048: Metabolic panel total ca;
      e.   CPT Code 85025: Complete cbc with auto diff wbc;
      f.   CPT Code 85610: Prothrombin time;
      g.   CPT Code 85730: Thromboplastin time partial; and
      h.   CPT Code 70450: CT head/brain without dye.

16.     C.O.'s medical providers billed AvMed for the accident-related items and services C.O. received on May 6, 2018. The total amount of the charges was $5,303.63.

17.     AvMed made conditional payments of Medicare benefits on behalf of C.O. C.O.'s accident-related items and services would normally be valued at a commercially billed amount of $5,303.63. Further, Defendant would have been billed for this amount by C.O.'s providers for the accident-related items and services had AvMed not made conditional payments at a different rate. Because of this, AvMed is entitled to seek reimbursement for the commercially billed amount of $5,303.63, because Defendant is not entitled to receive a windfall resulting from its failure to timely reimburse under the MSP Act.

18.     While AvMed was making its conditional payment, C.O. simultaneously made a claim against a no-fault policy (the "No-Fault Policy") issued to him by the Defendant. The No-Fault Policy provided coverage for any medical expenses resulting from the accident. C.O.'s claim included a claim for the repayment of medical expenses, which necessarily included the conditional payments made by AvMed.

19.     Defendant reported its primary payer plan status to CMS under its statutory and contractual obligations. In that report, Defendant described the accident, listed the reporting entity, identified the type of insurance coverage involved (no-fault), and admitted its primary plan status with respect to any conditional payments that an MAO made on behalf of C.O. However, Defendant failed to reimburse AvMed for C.O.'s accident-related medical expenses.

20.     By virtue of the No-Fault Policy, Defendant became a primary plan with a duty to repay AvMed.

21.     Medicare plans—including the private Medicare plan involved in this case—have a policy of "paying in the dark"[2] for their enrollees' medical expenses (i.e., Medicare pays for medical expenses so that their enrollees can receive timely medical care even if another party is obligated to pay for the expenses first). However, the Trust is legally obligated to reimburse Medicare plans for those medical expenses. *See United States v. Baxter Int'l, Inc.*, 345 F.3d 866, 901 (11th Cir. 2003).

22.     Under the Medicare Secondary Payer law, "[a] primary plan's responsibility [as the primary plan] for such payment may be demonstrated by a judgment, a payment conditioned upon the recipient's compromise, waiver, or release (whether or not there is a determination or admission of liability) of payment for items or services included in a claim against the primary plan or the primary plan's insured, or by other means." 42 U.S.C. § 1395y(b)(2)(B).

23.     On August 11, 2021, Plaintiff sent the Defendant a demand letter pursuant to Florida Statute § 627.736, advising the Defendant of Plaintiff's rights to seek reimbursement as a Medicare and/or Medicaid assignee for C.O.'s injuries resulting from the accident that took place

---

[2] *See United States v. Baxter Int'l, Inc.*, 345 F.3d 866, 901 (11th Cir. 2003).

on May 6, 2018, and requesting information regarding the Defendant's No-Fault Policy. *See* Exhibit C attached hereto.

24. In response, Defendant sent a letter dated September 14, 2021, advising that C.O.'s claim "involves [their] revised policy language." *See* Exhibit D attached hereto.

25. Defendant, by virtue the No-Fault Policy, became the primary plan under the MSP Act. As such, Defendant was required to make appropriate reimbursement for the conditional Medicare benefits advanced by AvMed on behalf of C.O. Defendant was required to reimburse AvMed within 60 days of the date of the payment of benefits under the No-Fault Policy. It did not.

26. The provisions governing Medicare Advantage, Medicare Part C, reference the MSP law, notably in the provisions regarding an MAO's right to charge for reimbursement of conditional benefits. 42 U.S.C. § 1395w-22(a)(4). Section 1395w-22(a)(4) provides that under circumstances in which the MSP law makes the MAO's payments secondary, the organization may charge, or authorize the actual providers to charge, the primary payer or the enrollee. It further provides that the MAO may charge, or authorize the actual providers to charge, at the rates a workers' compensation plan, auto or liability insurer, or no-fault insurer, as the case may be, would ordinarily pay, unrestrained by the usual restrictions imposed by Medicare. In this case, those charges would be at least $5,303.63.

27. No one has reimbursed AvMed for the conditional payments that AvMed advanced for items and services received by C.O. as a result of the accident.

28. Plaintiff complied with any and all conditions precedent to the filing of this action, to the extent applicable.

## ASSIGNMENT ALLEGATIONS

29. On June 26, 2019, AvMed entered into a Claims Purchase Agreement & Assignment with Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC,

whereby it irrevocably assigned all rights to recover payments made on behalf of its Enrollees (the "AvMed Assignment"). The AvMed Assignment expressly provides, in pertinent part:

> Assignor irrevocably assigns, transfers, conveys, sets over and delivers to MSP Recovery, and any of its designated series, successors and assigns, any and all of Assignor's right, title, ownership and interest in and to (i) all Claims existing on the date hereof, whether based in contract, tort or statutory right, and all related recovery rights arising from and related to the claims data transferred to MSP Recovery (or its affiliates or service providers, including [MSP Recovery]), and (ii) any and all causes of action, claims and demands of any nature whatsoever relating to payments for health care services provided to Assignor's members and enrollees, and legal or equitable rights (including, but not limited to, subrogation) to pursue and/or recover monies related to the Claims that Assignor had, may have had, or has asserted against any party in connection with the Claims; and (iii) all causes of action, claims, rights and demands of any nature whatsoever, legal or equitable, against primary payers, Responsible Parties and/or third parties that may be liable to Assignor arising from or relating to the Claims, including claims under consumer protection statutes and laws (all of the items set forth in (i)-(iii), the "Assigned Claims") . . . . The assignment of the Assigned Claims set forth herein is irrevocable and absolute.

AvMed Assignment at 1.1.1.

30.     The "Assigned Claims" exclude claims against "[AvMed's] network healthcare providers and current and former members" as well as "[c]laims arising from and related to the GlaxoSmithKline[] manufacturing facility in Cidra, Puerto Rico[.]" AvMed Assignment, Schedule A. Defendants are not AvMed "network healthcare providers" or "current [or] former members[,]" and the claims at issue in this action do not relate to "GlaxoSmithKline's manufacturing facility in Cidra, Puerto Rico."

31.     The AvMed Assignment provided for a due diligence period wherein the parties would exchange deliverables and contemplated that the parties would enter into a separate "Stand-Alone Assignment Agreement" further evidencing the assignment. Upon completion of the prescribed due diligence period, and satisfaction of all conditions precedent, the parties finalized

the transaction, including the exchange of compensation and execution of the Stand-Alone Assignment Agreement.

32.      Consideration was given between the parties in executing these agreements.

33.      The claim set forth in this Complaint is not subject to any carveout, exclusion, or any other limitation in law or equity that would impair Plaintiff's right to bring the claim asserted in this case.

**COUNT I**
**PRIVATE CAUSE OF ACTION UNDER 42 U.S.C. § 1395y(b)(3)(A)**

34.      Plaintiff re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs 1–33 as if fully set forth herein.

35.      Plaintiff asserts a private cause of action pursuant to 42 U.S.C. § 1395y(b)(3)(A).

36.      Defendant issued a No-Fault Policy to C.O. and was responsible for costs relating to his automobile accident but failed to provide primary payment to C.O.'s providers for the items and services for which AvMed advanced the conditional payments.

37.      Defendant did not pay or provide for appropriate reimbursement to AvMed in accordance with the MSP Act and its accompanying regulations.

38.      MSP Recovery, as the valid assignee of AvMed's rights, brings the private cause of action established by 42 U.S.C. § 1395y(b)(3)(A) to recover "an amount double the amount otherwise provided" for Defendant's failure to make appropriate reimbursement as required by law.

39.      Pursuant to 42 U.S.C. § 1395w-22(a)(4), the "amount otherwise provided" is the amount a provider may charge "in accordance with the charges allowed under a law, plan, or policy" identified in 42 U.S.C. § 1395y(b)(2), which in this case was at least $5,303.63.

WHEREFORE, Plaintiff demands judgment against State Farm Mutual Automobile Insurance Company as follows:

A.      a judgment awarding reimbursement of double damages for those amounts to which Plaintiff is entitled under 42 U.S.C. § 1395y(b)(3)(A);

B.      a judgment awarding Plaintiff pre-judgment and post-judgment interest consistent with the statute; and

C.      a judgment awarding Plaintiff reasonable attorneys' fees, and such other further relief as the Court deems just and proper under the circumstances.

## COUNT II
## DIRECT RIGHT OF RECOVERY PURSUANT TO 42 C.F.R. § 411.24(e)
## FOR BREACH OF CONTRACT

40.     Plaintiff re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs 1–33 as if fully set forth herein

41.     Pursuant to the MSP Act, AvMed was subrogated to the right to recover unreimbursed conditional payments from Defendant for its breach of contract with its insureds. Defendant was contractually obligated to pay for medical expenses arising out of covered automobile accidents, and it failed to fulfill that obligation. This obligation was, instead, fulfilled by AvMed.

42.     Defendant failed and/or refused to make complete payments or reimbursements for C.O.'s accident-related expenses as required by its contractual obligations.

43.     Defendant failed to pay for C.O.'s covered losses, and it has no reasonable proof to establish that it was not the primary plan and, therefore, not responsible for the payment.

44.     Defendant's failure to pay damaged Plaintiff's assignor. Plaintiff is entitled to recover up to the statutory policy limits for the medical expenses related to the subject accidents.

WHEREFORE, Plaintiff demands judgment against State Farm Mutual Automobile Insurance Company as follows:

A.      a judgment awarding reimbursement of damages for those amounts to which Plaintiff is entitled pursuant to the direct right of recovery for breach of contract;

B.      a judgment awarding Plaintiff pre-judgment and post-judgment interest consistent with the statute; and

C.      a judgment awarding Plaintiff reasonable attorneys' fees, and such other further relief as the Court deems just and proper under the circumstances.

## COUNT III
## DECLARATORY JUDGMENT

45.     Plaintiff re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs 1–33 as if fully set forth herein.

46.     Plaintiff alleges that as part of providing Medicare benefits under the Medicare Advantage program, Plaintiff's assignor paid for items and services which were also covered by no-fault, personal injury protection, or medical payments policies issued by Defendant.

47.     Defendant issued a No-Fault Policy to C.O. and was responsible for medical expenses relating to his automobile accident but failed to provide primary payment to C.O.'s providers for the items and services for which AvMed advanced the conditional payments.

48.     As a primary payer, Defendant had a nondelegable duty to reimburse conditional payments advanced by Medicare Participants for life-saving medical services rendered to covered persons. Defendant is liable for reimbursement of these accident-related medical expenses, even if it subsequently paid out the maximum benefits under the policies.

10

49.     Defendant was required to timely reimburse Plaintiff's assignor for conditional payments made on behalf of C.O.'s accident-related medical expenses.

50.     An actual, present, and justiciable controversy has arisen between Plaintiff and Defendant concerning its obligation to reimburse Plaintiff's assignor.

51.     Plaintiff seeks a Declaratory Judgment from this Court establishing that, under federal law, Defendant has a historical, present, and continuing duty to reimburse Plaintiff's assignor for payments made on behalf of C.O.'s accident-related medical expenses.

WHEREFORE, Plaintiff demands judgment against Defendant State Farm Mutual Automobile Insurance Company as follows:

A.     a judgment declaring that Defendant has a historical, present, and continuing duty to reimburse Plaintiff's assignor for unreimbursed conditional payments;

B.     a judgment awarding Plaintiff pre-judgment and post-judgment interest consistent with the statute; and

C.     a judgment awarding Plaintiff reasonable attorneys' fees, and such other further relief as the Court deems just and proper under the circumstances.

## JURY TRIAL DEMAND

Plaintiff hereby demands a jury trial on all counts and issues so triable within this pleading.


Respectfully submitted,

NATALIE M. RICO, ESQ.
Florida Bar No. 65046
JORDAN M. MACEJKA, ESQ.
Florida Bar No. 123599
Milberg Coleman Bryson Phillips Grossman, PLLC
Attorneys for Plaintiff
2701 S. LeJeune Road, 10th Floor
Miami, FL 33134

Tel.: (866) 252-0878
Fax: (919) 600-5035
Primary Emails: Nrico@milberg.com;
Jmacejka@milberg.com
Secondary Email: Amkamanga@milberg.com

By: /s/ Natalie M. Rico
NATALIE M. RICO

# EXHIBIT A

# FLORIDA TRAFFIC CRASH REPORT
### HIGHWAY SAFETY AND MOTOR VEHICLES
**TRAFFIC CRASH RECORDS**
**NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537**

LONG FORM [X]  SHORT FORM [ ]  UPDATE [ ]

**(Electronic Version)**

| Date of Crash 06/May/2018 07:38 AM | Time of Crash 06/May/2018 07:38 AM | Date of Report 06/May/2018 07:39 AM | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|

## CRASH IDENTIFIERS

| County Code 10 | City Code 38 | County of Crash BROWARD | Place or City of Crash FT. LAUDERDALE | Within City Limits Yes | Time Reported 06/May/2018 07:38 AM | Time Dispatched 06/May/2018 07:39 AM |
|---|---|---|---|---|---|---|

| Time on Scene 06/May/2018 07:39 AM | Time Cleared Scene 06/May/2018 08:45 AM | Completed Yes | Reason (if Investigation NOT Completed) | | Notified By Law Enforcement |
|---|---|---|---|---|---|

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway INTERSTATE 95 (SR-9) | At Street Address# | At Lattitude 26.18842000000001 and Longitude -80.151830000000004 |
|---|---|---|

| At Feet 500 | Or Miles | Direction South | From Intersection With Street, Road, Highway (SR-870) COMMERCIAL BOULEVARD | Or From Milepost # |
|---|---|---|---|---|

| Road System Identifier 1 Interstate | Type Of Shoulder 1 Paved | Type Of Intersection 1 Not at Intersection |
|---|---|---|

## CRASH INFORMATION (Check if Pictures Taken) [ ]

| light Condition 1 Daylight | Weather Condition 2 Cloudy | Roadway Surface Condition 2 Wet | School Bus Related 1 No | Manner Of Collision 77 Other, Explain in Narrative |
|---|---|---|---|---|

| First Harmful Event Type | First Harmful Event 28 | First Harmful Event Location 3 Shoulder | Within Interchange No | First Harmful Event Relation to Junction 1 Non.Junction |
|---|---|---|---|---|

| Contributing Circumstances: Road 1 None | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|

| Contributing Circumstances: Environment 1 None | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|

| Work Zone Related 1 No | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|

## VEHICLE (Check if Commercial) [ ]

| Vehicle 1 | Motor Vehicle Type 1 Vehicle in Transport | Hit and Run 1 No | Veh License Number | State FL | Reg. Expires 15/Oct/2019 | Permanent Reg. No | VIN |
|---|---|---|---|---|---|---|---|

| Year 2014 | Make CADI | Model ATS | Style 4D | Color BLK | Extent of Damage Disabling | Est. Damage 15000 | Towed Due To Damage Yes | Vehicle Removed By SALS | Rotation Rotation |
|---|---|---|---|---|---|---|---|---|---|

| Insurance Company STATE FARM | Insurance Policy Number 9240595594 |
|---|---|

| Name of Vehicle Owner (Check Box If Business) [ ] | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|

| Vehicle Traveling: | Direction South | On Street, Road, Highway INTERSTATE 95 (SR-9) | At Est. Speed 65 | Posted Speed 65 | Total Lanes 4 |
|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | 18. Undercarriage / 19. Overturn / 20. Windshield / 21. Trailer | 18. Undercarriage / 19. Overturn / 20. Windshield / 21. Trailer |

| Haz. Mat. Release | Haz. Mat. Placard | Number | Class |
|---|---|---|---|

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type 1 Passenger Car | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|

| Vehicle Maneuver Action 1 Straight Ahead | Trafficway 4 Two-Way, Divided, Positive Median Barrier | Roadway Grade 2 Hillcrest | Roadway Alignment 1 Straight | Most Harmful Event 3 Collision with Fixed Object | Most Harmful Event Detail 28 Guardrail End |
|---|---|---|---|---|---|

| Traffic Control Device For This Vehicle 1 No Controls | First (1) Sequence of Events 3 Collision with Fixed Object 28 Guardrail End | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|

## PERSON RECORD

| Person# 1 | Description 1 Driver | Vehicle # 1 | Name | Date of Birth | Sex 1 Male | Phone Number | Re-Exam No |
|---|---|---|---|---|---|---|---|

| Address | City | State | Zip Code |
|---|---|---|---|

| Driver License Number | State FL | Expires 15/Oct/2018 | DL Type 5 E/Operator | Req. End. 2 No | Injury Severity 3 Non-incapacitating | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|

HSMV 90010 S

| Date of Crash | | Date of Report | | Invest. Agency Report Number | | HSMV Crash Report Number |
|---|---|---|---|---|---|---|
| 06/May/2018 12:26 AM | | 06/May/2018 01:31 AM | | | | |

| Restraint System | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| **3 Shoulder and Lap Belt Used** | **3 Deployed-Front** | | **3 Not Applicable** | **1 Left** | **1 Front** | |

| Drivers Actions at Time of Crash (first) | Drivers Actions at Time of Crash (second) | Driver Distracted By | Vision Obstruction |
|---|---|---|---|
| **77 Other Contributing Action** | | **1 Not Distracted** | **1 Vision Not Obscured** |

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash |
|---|---|---|
| | | **1 Apparently Normal** |

| Suspected Alcohol Use | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| **1 No** | **1 Test Not Given** | | | | **1 No** | **1 Test Not Given** | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| **2 EMS** | **OAKLAND PARK R20** | ▓▓▓ | **HOLLY CROSS** |

## NON VEHICLE PROPERTY DAMAGE

| Vehicle# | Person# | Property Damage - Other Than Vehicle | Est. Amount | Business | Owner's Name | Address | City & State | Zip Code |
|---|---|---|---|---|---|---|---|---|
| | | **GUARDRAIL END** | **5000** | **Yes** | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

## NARRATIVE

--------------------------------------------------------------------------------------------------

| ID Number | Rank | Name | Troop / Post | Officer Agency | Phone Number | Date Created |
|---|---|---|---|---|---|---|
| 2646 | TROOPER | L. MINTO | L | FLORIDA HIGHWAY PATROL | 954-837-4000 | May 06, 2018 |

Vehicle-(V01)  was traveling southbound on Interstate 95 in lane number 3.  As a result of Driver-1 lost of control of V01, V01 traveled onto the right shoulder where V01 right side collided with the guardrail, V01 then rotated across southbound lanes then onto the left shoulder where V01 came to final rest facing in a northerly direction.

**Manner of crash collision: V01 vs. guardrail.**

## REPORTING OFFICER

| ID/Badge # | Rank and Name | Department | Type of Department |
|---|---|---|---|
| **2646** | **TROOPER L. MINTO** | **FLORIDA HIGHWAY PATROL** | **FHP** |

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|

Case 0:22-cv-22452-XXXX Document 1-1 Entered on FLSD Docket 08/03/2022 Page 22 of 53



SOUTHBOUND INTERSTATE 95 LANES

V01 FINAL REST

LANE NUMBER 3

RIGHT SHOULDER

GUARDRAIL

V01 POINT OF COLLISION

COMMERCIAL BOULEVARD EXIT RAMP

LEFT SHOULDER

V01

N

DIAGRAM NOT TO SCALE

# EXHIBIT B

| msp_mrd_id | msp_dos | msp_client | msp_memb_id | msp_bill_amount_value | msp_all_dx | msp_all_rx |
|---|---|---|---|---|---|---|
| ■ | 06/05/2018 | AVDI-AVDI | ■ | $2.15 | \|\|\|\| | \|\|NAPROXEN    TAB 500MG\|49483061850\|\| |
| | 06/05/2018 | AVDI-AVDI | | $670.00 | \|\|S199XXA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $35.00 | \|\|S199XXA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $3.10 | \|\|S7012XA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $14.87 | \|\|S7012XA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $283.02 | \|\|S7012XA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $354.59 | \|\|S7012XA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $87.73 | \|\|S7012XA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $241.17 | \|\|S7012XA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $2,205.00 | \|\|S7012XA\|\| | |
| | 06/05/2018 | AVDI-AVDI | | $1,407.00 | \|\|S7012XA\|\| | |

| msp_all_px | msp_all_prov | msp_dx_01 |
|---|---|---|
| \|\|\| | \|\|9547867969\|POMPANO BEACH\|FL\|00302\|BRANDON\|1871883850\|8551\|33062\|PUBLIX | |
| \|\|A0429\|Bls-emergency  [X]\|SH\|\| | \|\|41\|FL\|\| | S19.9XXA |
| \|\|A0425\|Ground mileage  [X]\|SH\|\| | \|\|41\|FL\|\| | S19.9XXA |
| \|\|R250\|\| | \|\|23\|FL\|\| | S70.12XA |
| \|\|Routine venipuncture  [X]\|36415\|\| | \|\|23\|FL\|\| | S70.12XA |
| \|\|Metabolic panel total ca  [X]\|80048\|\| | \|\|23\|FL\|\| | S70.12XA |
| \|\|85025\|Complete cbc w/auto diff wbc  [X]\|\| | \|\|23\|FL\|\| | S70.12XA |
| \|\|Prothrombin time  [X]\|85610\|\| | \|\|23\|FL\|\| | S70.12XA |
| \|\|85730\|Thromboplastin time partial  [X]\|\| | \|\|23\|FL\|\| | S70.12XA |
| \|\|70450\|Ct head/brain w/o dye  [A]\|\| | \|\|23\|FL\|\| | S70.12XA |
| \|\|25\|R450\|\| | \|\|23\|FL\|\| | S70.12XA |

| msp_long_desc_01 | msp_cpt_code | msp_cpt_description |
|---|---|---|
|  |  |  |
| ICD10:Unspecified injury of neck, initial encounter | A0429 | Bls-emergency  [X] |
| ICD10:Unspecified injury of neck, initial encounter | A0425 | Ground mileage  [X] |
| ICD10:Contusion of left thigh, initial encounter | R250 |  |
| ICD10:Contusion of left thigh, initial encounter | 36415 | Routine venipuncture  [X] |
| ICD10:Contusion of left thigh, initial encounter | 80048 | Metabolic panel total ca  [X] |
| ICD10:Contusion of left thigh, initial encounter | 85025 | Complete cbc w/auto diff wbc  [X] |
| ICD10:Contusion of left thigh, initial encounter | 85610 | Prothrombin time  [X] |
| ICD10:Contusion of left thigh, initial encounter | 85730 | Thromboplastin time partial  [X] |
| ICD10:Contusion of left thigh, initial encounter | 70450 | Ct head/brain w/o dye  [A] |
| ICD10:Contusion of left thigh, initial encounter | R450 |  |

# EXHIBIT C



**MSP**
R E C O V E R Y
OF PUERTO RICO LLC

August 11, 2021

**VIA U.S. CERTIFIED MAIL**

STATE FARM MUTUAL AUTOMOBILE INSURANCE
PO BOX 106134
Atlanta GA 30348-6134

RE:   **OUR FILE NO.:** ▮▮▮▮▮
       **YOUR INSURED/ BENEFICIARY NAME:** ▮▮▮▮▮▮▮▮▮▮▮
       **DOA: MAY 6, 2018**
       **FILE NUMBER:** ▮▮▮▮
       **TYPE OF LIEN/CLAIM:** MEDICARE/MEDICAID

**DEMAND LETTER PURSUANT TO:**
**Section 627.736, Florida Statutes**

To Whom It May Concern:

MSP Recovery, LLC, acting on behalf of MSP Recovery Claims, Series, LLC, – as assignee of Medicare and/or Medicaid claims, hereby places you on notice that pursuant to our client's rights as a Medicare and/or Medicaid Payers, exercise the same rights, as would Medicare and/or Medicaid. To the extent that our client has made payment for medical benefits, MSP Recovery hereby asserts its rights to seek reimbursement as a Medicare and/or Medicaid assignee.

This document is a formal demand letter pursuant to Section 627.736(10), Florida Statutes, for the full payment of the attached amounts *(see attached itemized statement)*. Demand is hereby made for reimbursement for medical services and treatment provided to the above named insured for the dates of service commencing May 6, 2018 totaling $5,303.63 Currently, **$5,303.63** is due, less any applicable deductible. To date, or our client has received $0.00. If the above amounts have been paid or any of the above captioned information is not correct, please contact the undersigned.

Section 627.736, Florida Statutes, provides you with an opportunity to pay the above claim in full within thirty (30) days of receipt of this letter, including a penalty of 10% of the overdue amount paid, subject to a maximum penalty of $250.00. Demand is also made for payment of prejudgment interest from the date the bills became overdue through the date of this letter in accordance with the interest rate established by Section 55.03, Florida Statutes. Payments are to be made to MSP Recovery for benefits, interest, penalty and postage and must be mailed to the undersigned.

Additionally, pursuant to Sections 627.4137, 627.7401, 627.736(6)(d), Florida Statutes, and the policy that covers this loss, MSP Recovery requests a statement, under oath, of a corporate officer or the insurer's claims manager or superintendent, setting forth the following information with regard to each known policy of insurance, including excess or umbrella insurance:

(A) the name of the insurer,
(B) the name of each insured,
(C) the limits of liability coverage (including PIP and Med Pay coverage),
(D) a statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement,
(E) a copy of the policy, and
(F) any letters evidencing cancellation of the policy for any reason.

Please include a copy of the insured's PIP payout sheet and any explanation of benefits generated concerning the above-mentioned dates of service. All notices for Independent Medical Examination ("IME") appointments with proof of mailing, all medical reports done by IME or peer review doctors on behalf of the insurance company, all Examination Under Oath ("EUO") notices with proof of mailing, EUO transcription or recordings and all denial letters.

The undersigned hereby serves notice to all that this may result in a lien being asserted pursuant to 42 C.F.R. § 422.108(c). Notice is hereby given that as a secondary payer, any contractually required payment(s) for medical services and/or supplies should be made to MSP Recovery. Please make checks payable to and send to the address below. Please include a copy of the first page of this letter with your payment.

MSP Recovery Claims, Series, LLC,
2701 S Le Jeune Rd, Floor 10
Coral Gables, Fl 33134

Thank you for your anticipated cooperation and immediate response to our requests. Should you have any questions please contact the undersigned, do not contact the medical provider.

Sincerely,


MSP Recovery, LLC

| msp_mrd_id | msp_dos | msp_memb_name | msp_memb_mname | msp_memb_lname |
|---|---|---|---|---|
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |
| ███████ | 06/05/2018 | ███████ | ███████ | ███████ |

| charge amount | msp_dx_01 | msp_cpt_code | serv_prov_id | serv_prov_id_chain_cd | pharmacy_name |
|---|---|---|---|---|---|
| $2.15 | | | 1912946880 | 00302 | PUBLIX PHARMACY 1393 |
| $670.00 | S19.9XXA | A0429 | | | |
| $35.00 | S19.9XXA | A0425 | | | |
| $3.10 | S70.12XA | R250 | | | |
| $14.87 | S70.12XA | 36415 | | | |
| $283.02 | S70.12XA | 80048 | | | |
| $354.59 | S70.12XA | 85025 | | | |
| $87.73 | S70.12XA | 85610 | | | |
| $241.17 | S70.12XA | 85730 | | | |
| $2,205.00 | S70.12XA | 70450 | | | |
| $1,407.00 | S70.12XA | R450 | | | |
| $5,303.63 | | | | | |

| phar_adr_line1 | phar_city | phar_state | phar_zip | prescrbr_id | pres_last_name | pres_first_name |
|---|---|---|---|---|---|---|
| 2511 ATLANTIC BLVD E | POMPANO BEACH | FL | 33062 | 1871883850 | FAZA | BRANDON |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| prod_serv_name | pr_npi | pr_instname | ad_country | ad_city |
|---|---|---|---|---|
| NAPROXEN    TAB 500MG | M | NEONATAL ASSOCIATES OF JACKSONVILLE | 9413659414 | 9413659411 |
| | 1003958471 | CITY OF OAKLAND PARK FIRE/RESCUE | USA | OAKLAND PARK |
| | 1003958471 | CITY OF OAKLAND PARK FIRE/RESCUE | USA | OAKLAND PARK |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |
| | 1639197395 | HOLY CROSS HOSPITAL INC | USA | FORT LAUDERDALE |



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number: 

Filing Accepted:  **5/4/2021**

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑  The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **MSP RECOVERY** |
| Street Address: | **2701 S LE JEUNE ROAD 11TH FLOOR** |
| City, State Zip: | **CORAL GABLES, FL  33134** |
| Email Address: | **CIVILREMEDY@MSPRECOVERY.COM** |
| Complainant Type: | **Other** |

### Insured

| | |
|---|---|
| Name: | ███████████ |
| Policy #: | **9240595594** |
| Claim #: | ███████ |

### Attorney

| | |
|---|---|
| Name: | **MSP RECOVERY** |
| Street Address: | **2701 S LE JEUNE ROAD 11TH FLOOR** |
| City, State Zip: | **CORAL GABLES, FL  33134** |
| Email Address: | **CIVILREMEDY@MSPRECOVERY.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **STATE FARM GENERAL INSURANCE COMPANY** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**MSP RECOVERY**

| | |
|---|---|
| Type of Insurance: | **Auto** |



## FLORIDA
### DEPARTMENT OF
## FINANCIAL SERVICES



## Civil Remedy Notice of Insurer Violations

Filing Number: ▮▮▮▮

## Reason for Notice

Reasons for Notice:

**Claim Denial**

**Claim Delay**

**Unsatisfactory Settlement Offer**

**Unfair Trade Practice**

**PURSUANT TO SECTION 624.155, F.S.**  please indicate all statutory provisions alleged to have been violated.

**624.155(1)(b)(1)**      **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.**

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**On May 6th 2018,** ▮▮▮▮▮▮▮▮ **that was enrolled in a Medicare plan which was serviced or administrated by Avmed Inc, was involved in an accident. Avmed Inc paid for medical expenses related to the accident and assigned those recovery rights to MSP Recovery Claims, Series LLC**

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

**Insurer did not honor the assignment of benefits and pay according to the terms of the insurance contract and controlling statutory provision. Insurer failed to review, negotiate in good faith, and settle a valid Medicare lien.**

## Comments

| User Id | Date Added | Comment |
|---|---|---|
| sandra.richardson-graham.hzxn@statefarm.com | 07-02-2021 | Other<br>- response sent using the State Farm approved language ___ Without any additional information that would allow State Farm to further assess the validity of the notice, State Farm specifically and expressly denies the allegations alleged in the CRN and affirms that at all time, State Farm acted in good faith and fairly and honestly toward providers and its insureds.  It is State Farm's policy to pay all claims that it properly owes. |

DFS-10-363
Rev. 10/14/2008

# FLORIDA TRAFFIC CRASH REPORT

LONG FORM [X]   SHORT FORM [ ]   UPDATE [ ]

(Electronic Version)

**HIGHWAY SAFETY & MOTOR VEHICLES,**
**TRAFFIC CRASH RECORDS**
**NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537**

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 06/May/2018 07:38 AM | 06/May/2018 07:38 AM | 06/May/2018 07:39 AM | | |

## CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 10 | 38 | BROWARD | FT. LAUDERDALE | Yes | 06/May/2018 07:38 AM | 06/May/2018 07:39 AM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if Investigation NOT Completed) | Notified By |
|---|---|---|---|---|
| 06/May/2018 07:39 AM | 06/May/2018 08:45 AM | Yes | | Law Enforcement |

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway | At Street Address# | At Lattitude | and Longitude |
|---|---|---|---|
| INTERSTATE 95 (SR-9) | | 26.188420000000001 | -80.151830000000004 |

| At Feet | Or Miles | Direction | From Intersection With Street, Road, Highway | Or From Milepost # |
|---|---|---|---|---|
| 500 | | South | (SR-870) COMMERCIAL BOULEVARD | |

| Road System Identifier | Type Of Shoulder | Type Of Intersection |
|---|---|---|
| 1 Interstate | 1 Paved | 1 Not at Intersection |

## CRASH INFORMATION (Check if Pictures Taken) [ ]

| light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner Of Collision |
|---|---|---|---|---|
| 1 Daylight | 2 Cloudy | 2 Wet | 1 No | 77 Other, Explain in Narrative |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| | 28 | 3 Shoulder | No | 1 Non.Junction |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 None | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 None | | |

| Work Zone Related | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|
| 1 No | | | | |

## VEHICLE (Check if Commercial) [ ]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 1 Vehicle in Transport | 1 No | | FL | 15/Oct/2019 | No | |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | CADI | ATS | 4D | BLK | Disabling | 15000 | Yes | SALS | Rotation |

| Insurance Company | Insurance Policy Number |
|---|---|
| STATE FARM | 9240595594 |

| Name of Vehicle Owner (Check Box If Business) [ ] | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| | | | |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Vehicle Traveling: | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | South | INTERSTATE 95 (SR-9) | 65 | 65 | 4 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| | | | |

| Comm GVWR/GCNR | Trailer Type (trailer one) | Trailer Type (trailer two) | | |
|---|---|---|---|---|
| | | | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |

| Haz. Mat. Release | Haz Mat. Placard | Number | Class |
|---|---|---|---|
| | | | |

| Motor Carrier Name | US DOT Number |
|---|---|
| | |

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|
| | | | |

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Speciual Function of MV |
|---|---|---|---|---|---|
| | 1 Passenger Car | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 1 Straight Ahead | 4 Two-Way, Divided, Positive Median Barrier | 2 Hillcrest | 1 Straight | 3 Collision with Fixed Object | 28 Guardrail End |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 1 No Controls | 3 Collision with Fixed Object 28 Guardrail End | | | |

## PERSON RECORD

| Person# | Description | Vehicle # | Name | Date of Birth | Sex | Phone Number | Re-Exam |
|---|---|---|---|---|---|---|---|
| 1 | 1 Driver | 1 | | | 1 Male | | No |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Driver License Number | State | Expires | DL Type | Req. End. | Injury Severity | Ejection |
|---|---|---|---|---|---|---|
| | FL | 15/Oct/2018 | 5 E/Operator | 2 No | 3 Non-incapacitating | 1 Not Ejected |

Date & Time of Report
06/May/2018 07:38 AM

Date of Report
06/May/2018 07:38 AM

Case 1:22-cv-22452-XXXX Document 1-1 Entered on FLSD Docket 08/03/2022 Page 37 of 53
Investigating Agency Report Number

HSMV Crash Report Number

| Restraint System<br>3 Shoulder and Lap Belt Used | Air Bag Deployed<br>3 Deployed-Front | Helmet Use | Eye Protection<br>3 Not Applicable | Seating Location Seat<br>1 Left | Seating Location Row<br>1 Front | Seating Location Other |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (first)<br>77 Other Contributing Action | Drivers Actions at Time of Crash (second) | Driver Distracted By<br>1 Not Distracted | Vision Obstruction<br>1 Vision Not Obscured |
|---|---|---|---|

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash<br>1 Apparently Normal |
|---|---|---|

| Suspected Alcohol Use<br>1 No | Alcohol Tested<br>1 Test Not Given | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use<br>1 No | Drug Tested<br>1 Test Not Given | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility<br>2 EMS | EMS Agency Name or ID<br>OAKLAND PARK R20 | EMS Run Number | Medical Facility Transported To<br>HOLLY CROSS |
|---|---|---|---|

## NON VEHICLE PROPERTY DAMAGE

| Vehicle# | Person# | Property Damage - Other Than Vehicle<br>GUARDRAIL END | Est. Amount<br>5000 | Business<br>Yes | Owner's Name | Address | City & State | Zip Code |
|---|---|---|---|---|---|---|---|---|

## NARRATIVE

| ID Number<br>2646 | Rank<br>TROOPER | Name<br>L. MINTO | Troop / Post<br>L | Officer Agency<br>FLORIDA HIGHWAY PATROL | Phone Number<br>954-837-4000 | Date Created<br>May 06, 2018 |
|---|---|---|---|---|---|---|

Vehicle-(V01) was traveling southbound on Interstate 95 in lane number 3. As a result of Driver-1 lost of control of V01, V01 traveled onto the right shoulder where V01 right side collided with the guardrail, V01 then rotated across southbound lanes then onto the left shoulder where V01 came to final rest facing in a northerly direction.

Manner of crash collision: V01 vs. guardrail.

## REPORTING OFFICER

| ID/Badge #<br>2646 | Rank and Name<br>TROOPER L. MINTO | Department<br>FLORIDA HIGHWAY PATROL | Type of Department<br>FHP |
|---|---|---|---|

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 06/May/2018 07:38 AM | 06/May/2018 07:38 AM | | |

SOUTHBOUND INTERSTATE 95 LANES



DIAGRAM NOT TO SCALE

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To State Farm Mutual Automobile In.
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2016 PSN 7530-02-000-9047   See Reverse for Instructions

7020 1290 2000 0150 8817

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Mutual Automobile
Insurance Company
PO Box 106134
Atlanta GA 30348-6134

9590 9402 6571 1028 6062 22

2. Article Number *(Transfer from service label)*

7020 1290 0002 0120 8817

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ d Mail
   d Mail Restricted Delivery
   500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

MSP
RECOVERY
[LAW FIRM]

270 Muñoz Rivera Ave, Suite 360
San Juan, Puerto Rico 00918

---

State Farm Mutual Automobile
Insurance Company
PO Box 106134
Atlanta GA 30348-6134

# EXHIBIT D

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**®

September 14, 2021

Msp Recovery Claims Series Llc
2701 S Le Jeune Rd FL 11th
Coral Gables FL  33134-5809

**State Farm Claims**
PO Box 106134
Atlanta GA 30348-6134

RE:  Claim Number:        ▮▮▮▮▮▮
     Date of Loss:     May 6, 2018
     Our Insured:       ▮▮▮▮▮▮

To Whom It May Concern:

Please allow this letter to confirm receipt of your correspondence dated August 11, 2021 for the
above captioned loss and the treatment provided to ▮▮▮▮▮▮ by MSP Recovery
(Neonatal Associates of Jacksonville, City of Oakland Park Fire/Rescue, Holy Cross Hospital)
on date(s) of service (DOS) 5/6/2018. Please note that this claim involves our revised policy
language.

Upon review, your demand letter is deficient as it fails to meet the strict requirements outlined in
F.S. §627.736(10). The statute requires all demand letters to state with specificity certain
information relating to treatment provided, including by example an itemized statement
specifying each exact amount, date of treatment, service or accommodation, the type of benefit
claimed to be due, and a copy of the assignment of rights to the claim.

The ledger and/or copies of the bills that you submitted with your correspondence lists all
charges incurred instead of providing an itemization of those charges claimed to be due as
required by statute.

Pursuant to the Third DCA ruling Rivera vs. State Farm Mutual Automobile Insurance Company,
in order for an insured's pre-suit demand letter to comply with F.S. §627.736, it must provide the
exact information listed in the statute. Because your demand letter is deficient, State Farm is
unable to evaluate the alleged dispute in consideration of resolution.

Please note that your correspondence fails to strictly comply with Florida Statute 627.736(10) as
it fails to include the proper acceptance address as specified by State Farm®. The correct
address and attention to send PIP Demand letters for State Farm Insurance, pursuant to Florida
Statute, is ATTN: Travis Houlihan, Section Manager, P.O. Box 106134 Atlanta, GA 30348 6134.

Please note that your correspondence fails to strictly comply with Florida Statute 627.736(10),
as it fails to include a copy of the Assignment of Benefits.



Page 2
September 14, 2021

Please be advised we did not have your bill for 5/6/2018 /Neonatal Associates of Jacksonville prior to receipt of your 8/11/2021 correspondence. At your earliest convenience, please provide us with proof of submission to State Farm® along with a copy of the original CMS1500 or UB92 form within a timely manner for further consideration.

Your demand letter fails to include an Assignment of Benefits and also an Assignment of Recovery Rights.

A review of this claim indicates payment for DOS 5/6/2018 / City of Oakland Park Fire Rescue/Holy Cross Hospital was appropriate pursuant to both the terms and conditions of the policy of insurance under which the subject claim is being made, as well as Florida Statute 627.736. Therefore, no additional payment, interest, penalty or postage is due.

Please be advised the PIP and/or MPC benefits have been paid to the coverage limits. Therefore, we will be unable to honor any further medical bills resulting from the above referenced accident. If there is other insurance, you may want to consider filing future billing(s) to that company.

We have received your request for a PIP log. Please be advised pursuant to the Florida PIP Statute 627.736 as well as the court's ruling in Progressive American Insurance Company, et al. v Rural/Metro Corporation of Florida (994 SO. 2d 1202), State Farm® is not required to provide you with a PIP log nor are you entitled to receive same.

State Farm® considers this letter responsive to your demand for payment and the requests therein. Should you disagree with the above, or if you have further questions, please do not hesitate to contact me. We reserve our right to raise any defenses concerning the validity of the demand letter or any other defenses that relate to this claim for No-Fault benefits.

Sincerely,


Carolynn Duffy
Claim Specialist
(844) 292-8615 Ext. 8633182083
Fax: (844) 218-1140

State Farm Mutual Automobile Insurance Company



FIRST-CLASS MAIL
U.S. POSTAGE
PAID
STATE FARM

PRESORTED FIRST-CLASS

StateFarm®

Auto PIP A1 - PIP/MPC
P.O. Box 106134
Atlanta, GA 30348-6134

57   IUC-IP1   33134

166-3801.1-27   08-16-2019

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>(a) GENERAL FORMS | **CASE NUMBER**<br>2022-017956-CC-25 |
|---|---|---|
| **PLAINTIFF(S)**<br><br>MSP Recovery Claims Series 44, LLC | **VS.  DEFENDANT(S)**<br><br>State Farm Mutual Automobile Insurance Company | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s):  State Farm Mutual Automobile Insurance Company

c/o Chief Financial Office

200 E. Gaines Street

Tallahassee, FL 32399

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney:  Natalie M. Rico / Jordan M. Macejka

whose address is:  Milberg Coleman Bryson Phillips Grossman, PLLC

2701 S. LeJune Road, 10th Floor

Coral Gables, FL 33134

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of Courts** | | DATE |
|---|---|---|
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355,  at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Filing # 153121111 E-Filed 07/12/2022 08:54:52 AM

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **CASE NUMBER**<br>2022-017956-CC-25 |
| **PLAINTIFF(S)**<br>MSP Recovery Claims Series, LLC | **VS.  DEFENDANT(S)**<br>State Farm Mutual Automobile Insurance Company | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): ___State Farm Mutual Automobile Insurance Company___

___c/o Chief Financial Office___

___200 E. Gaines Street___

___Tallahassee, FL 32399___

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: ___Natalie M. Rico / Jordan M. Macejka___

whose address is: ___Milberg Coleman Bryson Phillips Grossman, PLLC___

___2701 S. LeJune Road, 10th Floor___

___Coral Gables, FL 33134___

**CLOCK IN**

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | | DATE |
|---|---|---|
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Filing # 153120475 E-Filed 07/12/2022 08:48:49 AM

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION** ☑ CIVIL ☐ DISTRICTS ☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE** (a) GENERAL FORMS | **CASE NUMBER** 2022-017956-CC-25 |
| **PLAINTIFF(S)** MSP Recovery Claims Series 44, LLC | **VS.   DEFENDANT(S)** State Farm Mutual Automobile Insurance Company | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): _State Farm Mutual Automobile Insurance Company_

c/o Chief Financial Office

200 E. Gaines Street

Tallahassee, FL 32399

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: _Natalie M. Rico / Jordan M. Macejka_

whose address is: _Milberg Coleman Bryson Phillips Grossman, PLLC_

2701 S. LeJune Road, 10th Floor

Coral Gables, FL 33134

**CLOCK IN**

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN CLERK of COURTS** | 325218  DEPUTY CLERK | **DATE** 7/13/2022 |
|---|---|---|

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314  Rev. 09/19                                                                 Clerk's web address: www.miami-dadeclerk.com

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |
| ☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br><br>2022-017956-CC-25 |
| --- | --- | --- |
| **PLAINTIFF(S)**<br><br>MSP Recovery Claims Series, LLC | **VS. DEFENDANT(S)**<br><br>State Farm Mutual Automobile Insurance Company | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s):  State Farm Mutual Automobile Insurance Company

_c/o Chief Financial Office_

_200 E. Gaines Street_

_Tallahassee, FL 32399_

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney:  Natalie M. Rico / Jordan M. Macejka

whose address is:  Milberg Coleman Bryson Phillips Grossman, PLLC

_2701 S. LeJune Road, 10th Floor_

_Coral Gables, FL 33134_

**CLOCK IN**

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | *[signature]* 72708<br>DEPUTY CLERK | DATE<br><br>7/13/2022 |
| --- | --- | --- |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC | **CASE #:** **2022-017956-CC-25** |
| | **COURT:** **ELEVENTH JUDICAL CIRCUIT COURT** |
| PLAINTIFF(S) | **COUNTY:** **MIAMI-DADE** |
| | **DFS-SOP #:** 22-000245163 |
| VS. | |

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, CIVIL COVER SHEET

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Wednesday, July 13, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, July 14, 2022 to the designated agent for the named entity as shown below.

      STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
      LYNETTE COLEMAN
      1201 HAYS STREET
      TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

JOHN H. RUIZ
FLORIDA BAR LAWYER
MSP RECOVERY LAW FIRM
2701 S. LEJEUNE RD., 10TH FLOOR
MIAMI, FL 33134

DR1

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-017956-CC-25

MSP RECOVERY CLAIMS SERIES, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

DEFENDANT.

_____/

### DEMAND FOR JURY TRIAL

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, by and through the undersigned counsel, and hereby pursuant to Fla. Sm. CI. R. 7.150 and F.R.C.P. 1.430, demands a TRIAL BY JURY ON ALL ISSUES SO TRIABLE AS A MATTER OF RIGHT.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 27th day of July, 2022.

KUBICKI DRAPER
9100 S. Dadeland Blvd.,
Suite 1800
Miami, FL 33156
Direct Line:305-982-6708
JD-KD@kubickidraper.com

BY:  */s/ Jarred S. Dichek*
     JARRED S. DICHEK
     FL BAR# 15978

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-017956-CC-25

MSP RECOVERY CLAIMS SERIES, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

DEFENDANT.

_____/

### DEFENDANT'S NOTICE OF COMPLIANCE WITH RULE 2.516(b)(1) AND DESIGNATION OF E-MAIL ADDRESS

COMES NOW **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, and files this Notice of Designation of Primary Email Address for service of pleadings **only** in compliance with Florida Rule of Judicial Administration 2.516 (b) (1). Primary email address shall be: JD-KD@kubickidraper.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 27th day of July, 2022.

KUBICKI DRAPER
9100 S. Dadeland Blvd.,
Suite 1800
Miami, FL 33156
Direct Line:305-982-6708
JD-KD@kubickidraper.com

BY:___ */s/ Jarred S. Dichek*

JARRED S. DICHEK
FL BAR# 15978

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-017956-CC-25

MSP RECOVERY CLAIMS SERIES, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

DEFENDANT.
_____/

## NOTICE OF APPEARANCE

COMES NOW, JARRED S. DICHEK, of the law firm of KUBICKI DRAPER, P.A., and files this, his Notice of Appearance on behalf of Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Individually, in the above styled matter, and requests that copies of all future pleadings and correspondence in this case be directed to his attention.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 27th day of July, 2022.

**KUBICKI DRAPER**
*Attorneys for the Defendant*
9100 S. Dadeland Blvd.,
Suite 1800
Miami, Florida 33156
Direct Line:305-982-6711
Email: JD-KD@kubickidraper.com

BY:   **/s/ Jarred S. Dichek**
        JARRED S. DICHEK, ESQ
        Florida Bar No. 15978

Case 1:22-cv-22452-XXXX   Document 1-1   Entered on FLSD Docket 08/03/2022   Page 52 of 53

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-017956-CC-25

MSP RECOVERY CLAIMS SERIES, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.

_____/

### NOTICE OF APPEARANCE OF CO-COUNSEL AND
### DESIGNATION OF EMAIL ADDRESS

COMES NOW, Barbara E. Fox, Esquire of the law firm of KUBICKI DRAPER, and files this,

her Notice of Appearance as Co-Counsel on behalf of Defendant, STATE FARM MUTUAL

AUTOMOBILE INSURANCE COMPANY, in the above styled matter, and requests that copies of all

future pleadings and correspondence in this case be directed to his attention.

Designation of Primary Email Address for service of pleadings **only** in compliance with Florida

Rule of Judicial Administration 2.516; the primary email address will be:

BF-KD@kubickidraper.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by
E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at
Nrico@milberg.com, this 28th day of July, 2022.

KUBICKI DRAPER, P.A.
Counsel for Defendant
9100 S Dadeland Blvd., Suite 1800
Miami, Florida 33156
Direct Line: (305) 982-6634
Facsimile:  (305) 374-7846
E-Service: bf-kd@kubickidraper.com

By:   /s/ *Barbara Fox*
BARBARA E. FOX, ESQ.
Florida Bar Number: 155608

Filing # 154240983 E-Filed 07/28/2022 11:56:54 AM

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-017956-CC-25

MSP RECOVERY CLAIMS SERIES, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL AND
## DESIGNATION OF EMAIL ADDRESS

COMES NOW, Caryn L. Bellus, Esquire of the law firm of KUBICKI DRAPER, and files this, her Notice of Appearance as Co-Counsel on behalf of Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above styled matter, and requests that copies of all future pleadings and correspondence in this case be directed to his attention.

Designation of Primary Email Address for service of pleadings **only** in compliance with Florida Rule of Judicial Administration 2.516; the primary email address will be:

CB-KD@kubickidraper.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com, this 28th day of July, 2022.

KUBICKI DRAPER, P.A.
Counsel for Defendant
9100 S Dadeland Blvd., Suite 1800
Miami, Florida 33156
Direct Line: (305) 982-6634
Facsimile:  (305) 374-7846
E-Service: cb-kd@kubickidraper.com

By:   /s/ Caryn L. Bellus, Esq.
CARYN L. BELLUS, ESQ.
Florida Bar Number: 060445